**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| AUSTON HORRAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IOWA HEALTH SYSTEM d/b/a UNITYPOINT HEALTH,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:26-cv-00018-SHL-WPK |

**PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION FOR EQUITABLE TOLLING**

Plaintiff, Auston Horras, individually and on behalf of all others similarly situated, by his attorneys, for his reply in support of his motion for the entry of an Order tolling the statute of limitations in this matter, states as follows:

**ARGUMENT**

Rather than address each of Defendant's arguments in opposition to the instant motion, Plaintiff's reply brief is limited to whether equitable tolling is warranted while the Court takes the motion for conditional certification under advisement. As Plaintiff argued in his memorandum in support of this motion, courts in the Eighth Circuit regularly toll claims under the Fair Labor Standards Act for the period when the conditional certification motion was under advisement. *See*, *Shipley v. City of Bettendorf*, 2023 WL 3680115, at *9, (S.D. Iowa, Feb. 2, 2023) (quoting *Cervantes v. CRST Int'l, Inc.*, No. 20-CV-75-CJW-KEM, 2021 WL 7185079, at *6 (N.D. Iowa Jan. 25, 2021) (internal quotation marks and citation omitted). Tolling is especially warranted here because Plaintiff's counsel has diligently litigated this case. They sought no extensions of time either to

complete the discovery necessary to support the conditional certification motion or in the filing of the memorandum of law in support of conditional certification.

Dated: October 28, 2026

Respectfully submitted,

/s/ James X. Bormes
One of Plaintiff's attorneys

James X. Bormes
Catherine P. Sons
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue
Suite 2600
Chicago, Illinois 60603
(312) 201-0575
jxbormes@bormeslaw..com
cpsons@bormeslaw.com

Thomas M. Ryan
Law Office of Thomas M. Ryan, P.C.
35 East Wacker Drive
Suite 650
Chicago, Illinois 60601
(312) 726-3400
tom@tomryanlaw.com

Nathaniel R. Boulton (AT0000992)
Hedberg & Boulton, P.C.
100 Court Avenue
Suite 425
Des Moines, IA 50309
515-288-4148
nate@hedberglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2026, I caused Plaintiff's reply in Support of His Motion Equitable Tolling to be electronically transmitted to the Clerk's Office using the CM/ECF System, which will send notification of such filing to all attorneys of record.

By: /s/ James X. Bormes
One of Plaintiff's attorneys